**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01284-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### STATE OF TEXAS, ET AL., Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02337-2018**

## ORDER

Before the Court is appellant's November 8, 2018 motion for extension of time to pay this Court's filing fee and his November 9, 2018 affidavit of indigence. Appellant is entitled to proceed without costs in this Court. *See* TEX. R. APP. P. 20.1(b)(1). Accordingly, we **GRANT** appellant's motion **TO THE EXTENT** that the Court retracts its October 25, 2018 postcard notice requesting payment of the $205 filing fee and its November 9, 2018 postcard notice requesting the $10 fee for filing the motion. We **DIRECT** the Clerk of this Court to designate appellant as indigent for purposes of this appeal.

/s/     ADA BROWN
        JUSTICE